IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03480-CMA-MJW

GEF SERVICES, LLC,

Plaintiff,

v.

MICHAEL SEAN CASAZZA,
JIM D. BURFORD,
ADRIAN RAMIREZ,
ENERGY TRANSPORT SOLUTIONS, LLC,
PATRICK LEO RUSHING and
UNLIMITED MOBILE TIRE, LLC,

Defendant

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion to Defer Consideration of Defendant Jim D. Burford's Motion for Summary Judgment (docket no. 38) is GRANTED as follows finding good cause shown.  Plaintiff shall take the depositions of Defendant Jim D. Burford and James White by June 15, 2015, as previously ordered.  See docket no. 40.  Plaintiff shall have up to and including July 14, 2015, to file any supplement Response to Defendant Jim D. Burford's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (docket no. 21).  This court will defer ruling on Defendant Jim D. Burford's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (docket no. 21) until on or after July 15, 2015.

Date: May 19, 2015