**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-03480-CMA-MJW

GEF SERVICES, LLC,

    Plaintiff,

v.

MICHAEL SEAN CASAZZA,
JIM D. BURFORD,
ADRIAN RAMIERZ,
ENERGY TRANSPORT SOLUTIONS, LLC,
PATRICK LEO RUSING, and
UNLIMITED MOBILE TIRE, LLC,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING JUNE 16, 2015 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to Magistrate Judge Michael J. Watanabe to conduct non-dispositive proceedings pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).  On June 16, 2015, Magistrate Judge Watanabe issued a Recommendation of Dismissal of Claims against Defendant Adrian Ramirez for Failure to Serve and Failure to Prosecute.  (Doc. # 45.)  That Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation.  (Doc. # 45 at 3.)  Despite that advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.  "In the absence of timely objection, the

district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing Magistrate Judge Watanabe's Recommendation, this Court is satisfied that it is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). This Court agrees that the claims against Defendant Adrian Ramirez should be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1 for failure to serve and failure to prosecute.

Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Michael J. Watanabe (Doc. # 45), filed on June 16, 2015, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that the claims against Defendant Adrian Ramirez are dismissed without prejudice.

DATED: July 8, 2015                                      BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge