IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03480-CMA-MJW

GEF SERVICES, LLC,

Plaintiff,

v.

MICHAEL SEAN CASAZZA,
JIM D. BURFORD,
ENERGY TRANSPORT SOLUTIONS, LLC,
PATRICK LEO RUSHING and
UNLIMITED MOBILE TIRE, LLC,

Defendant

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion to Compel the Depositions of Patrick Leo Rushing and Unlimited Mobile Tire, LLC and Extending the Time to Respond to Discovery by Them Until, Thirty Days After They are Deposed (docket no. 51) is **DENIED WITHOUT PREJUDICE** for the following reasons.

After careful review of the subject motion (docket no. 51), the response (docket no. 55), and the reply (docket no. 61), I find that counsel, for both sides, have ***"failed to communicate"*** and have failed to comply with Fed. R. Civ. P. 30 and D.C.COLO.LCivR 30.1.  Defendants state in paragraph 6 in their response (docket no. 55) the following: **"Defendants Rushing and UMT do not seek, and have not sought, to prevent or impede Plaintiff from deposing them in this matter."**

Accordingly, it is **FURTHER ORDERED** that the parties shall meet and confer within five (5) days of this Minute Order and set the depositions of Defendants Rushing and UMT forthwith.  Moreover, Plaintiff shall respond to Defendant's outstanding written discovery requests on or before January 15, 2016.  Each party to pay their own attorney fees and costs for this motion.

Date: January 5, 2016